[No. 577-1.    Division One—Panel 2.    October 4, 1971.]

JOHN W. COLTON *et al., Appellants,* v. FIRE INSURANCE EXCHANGE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 188467, Robert A. Jacques, J., entered April 13, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 848-1.    Division One—Panel 2.    October 4, 1971.]

CHARLES N. WIDSTRAND *et al., Respondents,* v. JOHN F. BUCHAN *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 706342, Robert J. Bryan, J., entered January 20, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 541-1.    Division Three.    October 12, 1971.]

C. M. MELBURN GENERAL BUILDING REPAIRS, INC., *Respondent,* v. JUNE REED *et al., Appellants,* THE CHARTER OAK FIRE INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 703210, Robert A. Hannan, J., entered March 10, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 561-1.    Division Three.    October 12, 1971.]

SOPHIE COWAN, *Appellant,* v. LOUIS COWAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. D-8342, W. R. Cole, J., entered March 10, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.